UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HIRAM DAVID MADERA, JR.,

                        Plaintiff,

      -v-

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.
-----------------------------------------------------------X

20 **CIVIL** 10414 (JCM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 11, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**Dated:** New York, New York
         August 11, 2021

                                                RUBY J. KRAJICK

                                                **Clerk of Court**
                     BY:
                                              **Deputy Clerk**